## Commonwealth *v.* Watson, Appellant.

Submitted December 16, 1975. *Michael J. McAllister*, and *Gutman and McAllister*, for appellant; *Antoinette R. Freeman, Deborah E. Glass*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Weatherly, Appellant.

Submitted November 17, 1975. *Michael L. Stibich*, Assistant Public Defender, for appellant; *Randall C. Rodkey*, Assistant District Attorney, and *Caram J. Abood*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.